THE STATE EX REL. ARCHER, APPELLANT, *v.* T. MARZETTI COMPANY ET AL.; INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Archer v. T. Marzetti Co.* (2000), 87 Ohio St.3d 453.]

(No. 99–885—Submitted November 16, 1999—Decided January 12, 2000.)

---

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Glenn P. Fette,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellees Industrial Commission and Administrator, Ohio Bureau of Workers' Compensation.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.